Probation Form No. 35A
(12/2016)

United States District Court
Southern District of Texas

**ENTERED**
November 07, 2025
Nathan Ochsner, Clerk

Report and Order Terminating Supervision Only, Before Original Expiration Date

# United States District Court
## for the
## Southern District of Texas

United States of America
Versus
**Luis Alberto Ramos**

Criminal Case: **5:21CR00954-004**

On October 4, 2022 this defendant was placed on Supervised Release for three years. The defendant has complied with the court's restrictions and no longer needs supervision. It is recommended that supervision only be terminated.

Respectfully submitted:

**Cynthia Costabella**
United States Probation Officer

## Order of Discharge

On the probation officer's recommendation, the defendant is discharged from supervision only. Jurisdiction continues through March 2, 2026.

Signed   November 7, 2025   at Laredo, Texas.

Diana Saldana
United States District Judge